

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**, Rent Werx LLC D/B/A Larsen Properties and Leah Larsen,
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

Real Parties' unopposed second motion for an extension of time to file their motion for rehearing is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court